# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 26, 2016

### NO.  03-16-00024-CV

**Mary Margaret Blanchard, Appellant**

**v.**

**Grace Ann McNeill, as Successor Trustee of The Dixie Lee Hudlow Living Trust, as amended, and as Independent Executor of the Estate of Dixie Lee Hudlow, Appellee**

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 4, 2015.  Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.